# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**J'DONTA DEL'MARCO BRITT**                                                      PETITIONER

**v.**                          **NO. 4:21-cv-01143 BRW**

**DEXTER PAYNE, Director of the**                                            RESPONDENT
**Arkansas Division of Correction**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this  7th  day of        April        , 2022.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE